THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES R. GRIMES, JR., Appellant. (Appeal No. 2.) [769 NYS2d 439]— Appeal from a judgment of Onondaga County Court (Walsh, J.), entered October 23, 2002, convicting defendant upon his plea of guilty of, inter alia, criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Grimes* (2 AD3d 1476 [2003]). Present—Pigott, Jr., P.J., Wisner, Kehoe, Lawton and Hayes, JJ.

 AMY D'ANGELIS et al., Individually and as Parents and Natural Guardians of DAVID D'ANGELIS, Respondents, v BUFFALO GENERAL HOSPITAL et al., Appellants. (Appeal No. 1.) [769 NYS2d 440]—Appeals from an order of Supreme Court, Erie County (Howe, J.), entered January 9, 2003, which directed defendant Buffalo General Hospital to disclose certain material to plaintiffs.

It is hereby ordered that said appeals be and the same hereby are unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Pigott, Jr., P.J., Wisner, Kehoe, Lawton and Hayes, JJ.